IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

REGERO SAMPSON,

        Plaintiff,

v.                                                                                         Case No.  3:14-CV-62

CLARKE COUNTY SCHOOL
DISTRICT; CLARK COUNTY
BOARD OF EDUCATION, in
their Official Capacity: DR.
DENISE A. SPANGLER,
VERNON PAYNE, LINDA E.
DAVIS, CARL PARKS, SARAH
F. ELLIS, CHARLES WORTHY,
CAROL S. WILLIAMS, DAVID
HUFF, OVITA THORNTON,
SHELLY GOODMAN, and
ANGIE MOON DE AVILA, in
their Individual and Official
Capacities,

        Defendants.

## JUDGMENT

Pursuant to this Court's Order dated November 4, 2014, and for the reasons stated therein, JUDGMENT is hereby entered remanding this action to the State Court of Athens-Clarke County.

This 5th day of November, 2014.

                                                William E. Tanner, Clerk

                                                s/ Gail G. Sellers, Deputy Clerk